**In the United States District Court
for the District of Kansas**

———————

Case No. 6:23-cv-01048-TC-TJJ

———————

WESTERN AGRICULTURAL INSURANCE COMPANY,

*Plaintiff*

v.

LOTUS INVESTMENTS, LLC.,

*Defendant/Third-Party Plaintiff,*

v.

STEPHEN CURTIN, AND
FARM BUREAU FINANCIAL SERVICES,

*Third-Party Defendants*

———————

## ORDER

An ADR Report (doc.#**59**) was filed on April 19, 2024, advising that the parties have settled the claims in this lawsuit.

IT IS THEREFORE ORDERED that the clerk shall administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.  On or before **May 20, 2024**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure.  If no such stipulation is received within the specified time and the parties have not reopened for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Court's entry of final judgment of dismissal with prejudice under Rule 41(a)(2).

IT IS SO ORDERED.

Date:  April 19, 2024                    _s/ Toby Crouse_____
                                          Toby Crouse
                                          United States District Judge